IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SARAH M. MITCHELL,

          Plaintiff,

    vs.

GOLDEN LIVING ENTERPRISES, L.L.C.;
ODYSSEY HEALTHCARE, INC.; BLUE
CROSS BLUE SHIELD OF NEBRASKA;
BLUE CROSS BLUE SHIELD OF TEXAS;
ANTHEM BLUE CROSS LIFE & HEALTH
INSURANCE COMPANY; ASERACARE
HOME HEALTH CARE, L.L.C.;

          Defendants.

**8:13CV26**


**ORDER**

The matter before the court is the plaintiff's Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A).  Filing No. 44.  After considering the matter,

IT IS ORDERED that the plaintiff's cause of action against the defendants Odyssey Healthcare, Inc., Blue Cross Blue Shield of Nebraska, and Blue Cross Blue Shield of Texas are hereby dismissed in their entirety, without prejudice, and with the parties to be responsible for their own costs and attorney fees.

Dated this 2nd day of May, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge