IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SARAH M. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV26 |
| | ) | |
| V. | ) | |
| | ) | |
| GOLDEN LIVING ENTERPRISES, | ) | ORDER |
| L.L.C., ANTHEM BLUE CROSS | ) | |
| LIFE & HEALTH INSURANCE | ) | |
| COMPANY, and ASERACARE | ) | |
| HOME HEALTH CARE, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on Plaintiff's Request for Leave of Court to File Second Amended Complaint (filing 42). Considering the often liberal policy toward amendment of pleadings, and given the early stage of this litigation, the Motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Request for Leave of Court to File Second Amended Complaint (filing 42) is granted. Plaintiff shall file her Second Amended Complaint by or before May 6, 2013.

2. The following motions are denied as moot:

    Golden Living Enterprises, LLC's Motion to Strike (filing 30); Blue Cross Blue Shield of Nebraska and Blue Cross Blue Shield of Texas' Motion to Strike Amended Complaint (filing 34); and Anthem Blue

Cross Life and Health Insurance Company's Motion to Strike Plaintiff's First Amended Complaint ([filing 37](#)).

3. A scheduling letter to progress this case will be issued by separate order.

**DATED May 3, 2013.**

                                    **BY THE COURT:**

                                    **S/ F.A. Gossett**
                                    **United States Magistrate Judge**