IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SARAH M. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV26 |
| | ) | |
| V. | ) | |
| | ) | |
| ASERACARE HOME HEALTH CARE-OMAHA, L.L.C., GOLDEN LIVING ENTERPRISES, P.C., GOLDEN LIVING, L.L.C., GGNSC HOLDINGS, L.L.C., and ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE, Company, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

Defendant Anthem Blue Cross Life and Health Insurance Company has filed a motion (filing 66) requesting that its Index of Evidence (filing 67), which was filed in connection with its Reply Brief in Support of its Motion to Dismiss (filing 64) and its Brief in Opposition to Plaintiff's Request for Leave (filing 65), be sealed, with access restricted to the Court.

Defendant's motion will be granted, but only in part. Defendant has not demonstrated why the parties of record must also be restricted from accessing the Index.

Accordingly,

**IT IS ORDERED** that Anthem Blue Cross Life and Health Insurance Company's Motion to Seal (filing 66) is granted, in part. Access to Filing No. 67 herein shall be limited to the Court and parties of record.

**DATED** August 20, 2013.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge