IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SARAH M. MITCHELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ASERACARE HOME HEALTH ) <br> CARE-OMAHA, LLC; GOLDEN ) <br> LIVING ENTERPRISES, PC; ) <br> GOLDEN LIVING, LLC; GGNSC ) <br> HOLDINGS, LLC; ANTHEM ) <br> HOLDING CORP; BLUE CROSS ) <br> OF CALIFORNIA, INC., ) <br> ) <br> Defendants. ) | Case No. 8:13CV26 <br><br><br> **ORDER** |

Upon notice of settlement reached through mediation held on January 14, 2014, given to the magistrate judge by Michael B. Mattingly, counsel for defendants AseraCare Home Health Care-Omaha, LLC, Golden Living Enterprises, PC, Golden Living, LLC, and GGNSC Holdings, LLC,

**IT IS ORDERED:**

1. On or before **March 3, 2014,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. Any hearings scheduled or deadlines pending are cancelled upon the representation that this case is settled.

Dated: January 31, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge