IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SARAH M. MITCHELL, | ) |
| Plaintiff, | ) Case No. 8:13CV26 |
| vs. | ) |
| ASERACARE HOME HEALTH CARE-OMAHA, LLC; GOLDEN LIVING ENTERPRISES, PC; GOLDEN LIVING, LLC; GGNSC HOLDINGS, LLC; ANTHEM HOLDING CORP; BLUE CROSS OF CALIFORNIA, INC., | ) **AMENDED ORDER** |
| Defendants. | ) |

Upon notice of settlement reached through mediation held on January 14, 2014, given to the magistrate judge by Michael B. Mattingly, counsel for defendants AseraCare Home Health Care-Omaha, LLC, Golden Living Enterprises, PC, Golden Living, LLC, and GGNSC Holdings, LLC,

**IT IS ORDERED:**

1. On or before **March 3, 2014,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Joseph F. Bataillon at bataillon@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. Any hearings scheduled or deadlines pending are cancelled upon the representation that this case is settled.

Dated: February 3, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge