UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SARAH M. MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASERACARE HOME HEALTH CARE- )<br>OMAHA, L.L.C.; GOLDEN LIVING )<br>ENTERPRISES, P.C.; GOLDEN LIVING, )<br>L.L.C.; GGNSC HOLDINGS, L.L.C.; and )<br>ANTHEM BLUE CROSS LIFE AND )<br>HEALTH INSURANCE COMPANY; )<br>)<br>Defendants. ) | Case No.: 8:13-CV-26<br><br>**ORDER OF DISMISSAL WITH<br>WITH PREJUDICE** |

THIS MATTER is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 93 and 94). Being fully advised in the premises, it is hereby ordered:

1. Plaintiff's complaint against Defendants Anthem Blue Cross Life and Health Insurance Company, Aseracare Home Healthcare-Omaha, LLC, Golden Living Enterprises P.C., Golden Living LLC, and GGNSC Holdings, LLC is dismissed, with prejudice.

2. Each party shall pay their own costs and attorney fees.

IT IS SO ORDERED.

March 19, 2014

_s/ Joseph F. Bataillon_____
United States District Court Judge